**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1410**

_____

LATMER STANFORD BAILEY, SR.,

Petitioner,

versus

U.S. RAILROAD RETIREMENT BOARD,

Respondent.

_____

On Petition for Review of an Order of the Railroad Retirement Board. (A-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)

_____

Submitted:  June 17, 1999            Decided:  June 22, 1999

_____

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Latmer Stanford Bailey, Sr., Petitioner Pro Se.  Steven Alan Bartholow, Eric Todd Wooden, UNITED STATES RAILROAD RETIREMENT BOARD, Chicago, Illinois, for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioner seeks review of a Railroad Retirement Board decision affirming the Hearing Officer's decision to dismiss his action seeking additional retirement benefits.  We have reviewed the record and the Board's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the Board.  See Bailey v. United States R.R. Retirement Bd., No. A-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 (RRB Apr. 9, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2